**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TYRON COMBS AND COMBS TRUCKING, LLC,** | : | **CIVIL ACTION** |
| | : | |
| Plaintiffs, | : | |
| | : | |
| **v.** | : | |
| | : | **NO. 25-6539** |
| **SID HARVEY INDUSTRIES, INC.,** | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW,** this 6th day of July, 2026, upon consideration of Plaintiffs' Motion to Withdraw and Amend Their Responses to Requests for Admissions (ECF No. 19), Defendant's response thereto, and the arguments made at the June 26, 2026 status conference, it is hereby **ORDERED** that the Motion is **GRANTED in part as follows:**

1. Plaintiff Tyron Combs's Responses to Request for Admission (RFA) Nos. 4–6, 10–13, 16–22, 25–32, 34–38, 42 are withdrawn and amended as written in ECF No. 19-6.

2. Plaintiff Combs Trucking, LLC's Responses to RFA Nos. 4–6, 9–12, 15–21, 24–31, 33–38, 41 are withdrawn and amended as written in ECF No. 19-7.

3. All other RFAs are deemed admitted.[1]

BY THE COURT:

_____
Hon. Mia R. Perez

---

[1] This includes Combs' RFA Nos. 7 and 44–51. *See* ECF No. 19-6. It also includes the RFAs that Combs admitted in his proposed responses: RFA Nos. 1–3, 8–9, 14–15, 23–24, 33, 40–41, and 43, ECF No. 19-6, and those that Combs Trucking admitted in its proposed responses: RFA Nos. 1–3, 7–8, 13–14, 22–23, 32, 39–40, and 42, ECF No. 19-7.